RECEIVED
SDNY PRO SE OFFICE
2025 JUL 30 PM 3: 38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Colin S.K. Correa

Write the full name of each plaintiff.

**25 CV 6347**

_____CV_____
(Include case number if one has been assigned)

-against-

U.S. General Services Administration

Stephen Ezekian, Acting Administrator

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?
☒ Yes    ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/24/19

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Colin__  __S.K__  __Correa__
First Name / Middle Initial / Last Name

__90 West Street Apt. 17X__
Street Address

__New York, Manhattan County__  __NY__  __10006-1048__
County, City / State / Zip Code

__(646) 825-1500__  __colin.correa@icloud.com__
Telephone Number / Email Address (if available)

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:  __U.S. General Services Administration__
Name

__1800 F Street, N.W.__
Address where defendant may be served

__Washington, D.C.__  __D.C.__  __20405__
County, City / State / Zip Code

Defendant 2:  _____
Name

_____
Address where defendant may be served

_____
County, City / State / Zip Code

Page 2

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City          State          Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

<u>One World Trade Center</u>
Name

<u>Floor 55 - U.S. General Services Administration</u>
Address

<u>New York</u>          <u>NY</u>          <u>10007</u>
County, City          State          Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race: <u>Hawaiian</u>

☒ color: <u>Tan complexion</u>

☒ religion: <u>Hawaiian</u>

☒ sex: <u>Gay male</u>

☒ national origin: <u>Hawaiian Islands</u>

Page 3

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

   My race is: ___Hawaiian / Chinese / Lusitanian___

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

   I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

   My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

   My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

### B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

IV. STATEMENT OF CLAIM

A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☒ terminated my employment
- ☒ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☐ other (specify): _____

B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

On October 30, 2023, Plaintiff was notified by Nicole Royster, HR Specialist that he was not selected for the Program Analyst GS-0343CY-13 position that was advertised under Vacancy Announcement N°. 23STFA394NRMP without being interviewed by Mrs. Rebecca Hall, Selecting Official, Business & Acquisition Management Staff, OHRM.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? __January 4, 2024__

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? _____

When did you receive the Notice? _____

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☒ direct the defendant to re-employ me **After Reduction in Force (RIF)**

☒ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☐ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

__Back pay between GS-12 Step 9 and GS-13 Step 4__

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| 30 July 2025 | | Colin BK Correa |
| Dated | | Plaintiff's Signature |
| Colin | S.K. | Correa |
| First Name | Middle Initial | Last Name |
| 90 West Street, Apt. 17X | | |
| Street Address | | |
| New York (Manhattan) | NY | 10006-1048 |
| County, City | State | Zip Code |
| (646) 825-1500 | | colin.correa@icloud.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# FORMAL COMPLAINT OF DISCRIMINATION
*(Read information on the back carefully before completing this form.)*

NOTE: IF YOU WISH TO FILE A FORMAL COMPLAINT OF DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL; COMPLETE THIS FORM

| 1. COMPLAINT INFORMATION | 2. EMPLOYMENT INFORMATION |
|---|---|
| a. NAME (Last, First, MI)<br>Correa, Colin, S.K. | a. TYPE (Check one)<br>[X] GSA   [ ] FORMER GSA<br>[ ] FEDERAL   [ ] NON-FEDERAL |
| b. HOME ADDRESS (Street, City, State, ZIP Code)<br>90 West Street, Apt. 17X<br>New York, NY 10006-1048 | b. NAME OF PROGRAM OFFICE<br>OHRM Talent Development Division/Entry Level Training Branc<br>c. OFFICE ADDRESS (Street, City, State, ZIP Code)<br>One World Trade Center, Suite 55W09 New York, NY 10007<br>GSA Central Office 1800 F Street, NW Washington, DC 20405 |
| c. HOME TELEPHONE NUMBER<br>(646) 385-0714 | |
| d. SOCIAL SECURITY NUMBER | d. OFFICE TELEPHONE NO.<br>(646) 385-0714 |

**3. POSITION TITLE/SERIES/GRADE**
Program Analyst GS-0343-12

### 4. CHECK BASIS(ES) YOU BELIEVE CAUSED THE DISCRIMINATION

| | | (State type) | | f. HANDICAP (Check one) | |
|---|---|---|---|---|---|
| X | a. RACE | Hawaiian | | [ ] PHYSICAL (State type below) | [ ] MENTAL (State type below) |
| X | b. COLOR | (State type) Tan complexion | | | |
| | c. RELIGION | (State type) | | | |
| X | d. NATIONAL ORIGIN | (State type) Hawai'i | | g. AGE (State years) | DATE OF BIRTH |
| | e. SEX (Check appropriate boxes)<br>[ ] FEMALE [X] MALE [ ] EQUAL PAY [ ] SEXUAL HARASSMENT | | | k. REPRISAL | |

**5. DESCRIPTION OF DISCRIMINATION** (Explain, briefly, how you believe you were discriminated against (that is, treated differently from other employees or applicants because of you race, color religion, sex, national origin, age, mental or physical handicap, or reprisal). If your complaint involves more than one allegation of discrimination: (1) list each allegation; (2) provide the date(s) of alleged discriminatory act(s); and (3) furnish specific factual information in support of each. Use additional blank sheets of paper, if necessary.

Basis of Descrimination: National Origin: Hawai'i; Sex/Gender: Male; Sexual Orientation: Gay Male; Race/Ethnicity: Native Hawaiian/Pacific Islander; Claim Basis: Reprisal for filing three (3) previous EEO cases against the Agency (GSA). Description of Claims: On October 30, 2023, I was notified by Nicole Royster, HR Specialist, that I was not selected for the Program Analyst GS-0343CY-13 position that was advertised under Vacancy Announcement No. 23STFA394NRMP without being interviewed.

| 6a. NAME OF EEO COUNSELOR<br>Christine Smith | 6b. TELEPHONE NUMBER<br>(832) 345-2238 |
|---|---|

### 7. REPRESENTATION

| a. NAME OF REPRESENTATIVE<br>Not Applicable | b. TITLE (Attorney, Union, etc.) | c. TELEPHONE NUMBER |
|---|---|---|
| d. ADDRESS (Street, City, State, ZIP Code)<br>Not Applicable | | |

**8. STATE REMEDY SOUGHT IN THIS COMPLAINT**

Remedy Requested by Aggrieved Person: To be placed in a similar position that Claimant had applied for (GS-0343-13), and compensatory damages that are equivalent to the differential in grade from the time the Claimant had applied for Vacancy Announcement 23STFA394NRMP to the present.

| 9a. SIGNATURE OF COMPLAINT<br>*Colin S K Correa* | 9b. DATE<br>Jan. 4 2024 |
|---|---|

#### DO NOT WRITE BELOW THIS LINE (For Agency Use Only)

| AGENCY DOCKET NUMBER | DELIVERED BY (Check one) | DATE OF DELIVERY |
|---|---|---|
| | MAIL (Include date of postmark) | |
| NAME OF COMPLAINANT | HAND DELIVERY | |
| | OTHER (Specify) | |
| SIGNATURE OF RECEIVING OFFICIAL | | DATE |

GENERAL SERVICES ADMINISTRATION                                            GSA FORM 3467 (Rev. 8-93)