UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLIN S.K. CORREA,<br><br>      Plaintiff,<br><br>  -against-<br><br>U.S. GENERAL SERVICES ADMINISTRATION; STEPHEN EZEKIAN, ACTING AMINISTRATOR,<br><br>      Defendants. | 25-cv-6347 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 2, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 3, 2025
    New York, New York

                /s/ Kimba M. Wood
                KIMBA M. WOOD
                United States District Judge